IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY MCDANIEL | : | CIVIL ACTION |
| STANLEY MCDANIEL *ON BEHALF* | : | |
| *OF HIS MINOR CHILD LAILA MCDANIEL* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 15-3913 |
| JOSEPH FARRELL | : | |

## ORDER

AND NOW, this 19th day of August, 2015, upon consideration of plaintiff Stanley McDaniel's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. For the reasons stated in the Court's Memorandum, Stanley McDaniel's claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). All claims brought on behalf of McDaniel's minor daughter, Laila McDaniel, are DISMISSED without prejudice.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.